RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Oscar Alejandro Garcia-Luquin

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>OSCAR ALEJANDRO GARCIA-LUQUIN,<br><br>        Defendant. | Case No. 2:22-mj-00638-DJA<br><br>ORDER TO CONTINUE PRELIMINARY HEARING<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Oscar Alejandro Garcia-Luquin, that the Preliminary Hearing currently scheduled on November 21, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel requests additional time to discuss this case with Mr. Garcia-Luquin to ensure that he is fully advised.

2.     Defense counsel needs additional time to conduct additional investigation, if necessary.

3.  The defendant is in custody and agrees with the need for the continuance.

4.  The parties agree to the continuance.

This is the second request for a continuance of the preliminary hearing.

DATED this 15th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ALEJANDRO GARCIA-LUQUIN,<br><br>Defendant. | Case No. 2:22-mj-00638-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, November 21, 2022 at 4:00 p.m., be vacated and continued to January 23, 2023, at 4:00 p.m., Courtroom 3A.

DATED this 16th day of November, 2022.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge